**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Hany R. Gobrial and Abdou Kings Deli Inc.,**<br><br>    **Plaintiffs,**<br><br>    -against-<br><br>**United States of America and United States Department of Agriculture, Food and Nutrition Service,**<br><br>    **Defendants.** | **1:26-cv-00531 (VSB) (SDA)**<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

This case has been referred to the undersigned for general pretrial management. (Referral Order, ECF No. 5.) The parties are directed to appear for a telephone conference on Friday, May 1, 2026, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. If Plaintiffs' counsel has been in communication with Defendants, Plaintiffs' counsel shall advise Defendants of the scheduling of the conference. If Defendants have not appeared as of the date of the telephone conference, Plaintiffs still are required to appear.

**SO ORDERED.**

Dated:  New York, New York
        April 22, 2026

_____
STEWART D. AARON
United States Magistrate Judge