**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Hany R. Gobrial and Abdou Kings Deli Inc.,** | |
| **Plaintiffs,** | **1:26-cv-00531 (VSB) (SDA)** |
| **-against-** | **ORDER** |
| **United States of America and United States Department of Agriculture, Food and Nutrition Service,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today, during which counsel for Plaintiffs advised the Court that this matter has been resolved, it is hereby ORDERED that Plaintiffs shall file the anticipated documentation effectuating settlement no later than May 8, 2026.

**SO ORDERED.**

Dated:      New York, New York
            May 1, 2026

_____
STEWART D. AARON
United States Magistrate Judge